UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

LEAGUE OF WOMEN VOTERS OF NEW YORK STATE ET AL,

                              Plaintiffs,

-v-

PETER S. KOSINSKI ET AL,

                              Defendants.

22 Civ. 4084 (PAE)

ORDER

------------------------------------

PAUL A. ENGELMAYER, District Judge:

A hearing on plaintiffs' application for a preliminary injunction will be held on **Wednesday, May 25, 2022 at 8:00 a.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.[1] Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the hearing.

Plaintiffs are directed to serve by hand on defendants a copy of their application papers and this order no later than 4:00 p.m. today, and to email these papers to defendants forthwith.

Defendants' opposition papers, if any, will be due Monday, May 23, 2022 at 12:00 p.m.

Plaintiffs' reply papers, if any, will be due Tuesday, May 24, 2022 at 12:00 p.m.

---

[1] In light of the Court's availability and the time-sensitivity of plaintiffs' application, this hearing cannot be set at any later date or time.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 19, 2022
       New York, New York