UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LEAGUE OF WOMEN VOTERS OF NEW YORK          :
STATE, et al.,                                                     :         22 Civ. 4084 (PAE)
:
                           Plaintiffs,                        :         <u>ORDER</u>
:
         -v-                                                   :
:
PETER S. KOSINSKI, et al.,                                 :
:
                           Defendants.                     :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      The Court has received an email request from the Office of the Attorney General, requesting permission for several of its counsel to participate in tomorrow's 8 a.m. conference remotely by telephone, including to respond to questions raised by the Court. The Court respectfully denies this request. The preliminary injunction motion to be discussed at the conference is of high public importance and the Court expects to put a substantial number of factual questions to counsel for both sides. Telephonic conferences by their nature are less well-suited to the colloquies that the Court envisions. The Court reasonably expects the Attorney General to send, in person, to the conference attorneys who are well-versed in the matters at issue.

      SO ORDERED.

                                                                        *Paul A. Engelmayer*
                                                                       Paul A. Engelmayer
                                                                         United States District Judge

Dated: May 24, 2022
           New York, New York