UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LEAGUE OF WOMEN VOTERS OF NEW YORK :
STATE, et al., :                      22 Civ. 4084 (PAE)
:
                               Plaintiffs, :          ORDER
:
                          -v- :
:
PETER S. KOSINSKI, et al., :
:
                             Defendants. :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      For the reasons set forth on the record today, the Court has denied plaintiffs' petition for preliminary relief in its entirety.

      SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: May 25, 2022
        New York, New York